

NUMBER 13-10-00527-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

STATE FARM COUNTY GENERAL
INSURANCE COMPANY,                                          APPELLANT,

v.

LESLIE TORRES A/K/A LESLIE ANN LUCIO TORRES
A/K/A LESLIE ANN SERRATO A/K/A LESLIE LUCIO-SERRATO,          APPELLEE.

On Appeal from the 23rd District Court
of Matagorda County, Texas.

# MEMORANDUM OPINION

Before Justices Garza, Vela, and Perkes
Memorandum Opinion Per Curiam

This matter is before the Court on a defective notice of appeal and appellant's

failure to correct the defect. On November 3, 2010, and February 8, 2011, the Court

advised appellant that the notice of appeal was not in compliance with Texas Rule of

Appellate Procedure 25.1(d)(2) and informed appellant that the appeal would be dismissed if the defect was not cured after the expiration of ten days from the date of receipt of the Court's notice. *See* Tex. R. App. P. 25.1(d)(2), 37.1, 42.3(b),(c). Appellant has failed to correct the defect or otherwise respond to the Court's notices.

On its own motion, with ten days notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). Accordingly, we dismiss the appeal for want of prosecution and failure to comply with a notice from the Court. *See id.*

PER CURIAM

Delivered and filed the
31st day of March, 2011.

2